# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN BAZARGANFARD and BARAK GOLAN, on behalf of themselves and all others similarity situated,<br><br>　　　　Plaintiffs,<br>v.<br><br>CLUB 360 *et al.*,<br><br>　　　　Defendants. | Case No.: 2:21-cv-2272-CBM-BFM<br><br>**JUDGMENT** |

Consistent with the Court's order re: Plaintiff's motion for summary judgment (Dkt. No. 170) and the Court's Findings of Fact and Conclusions of Law (Dkt. No. 208), judgment is entered in favor of Plaintiff and the Class and against Defendants ABC Financial Services, LLC, Jehangir Meher, Club 360 LLC, Valley Gym Corp., North Hollywood Fitness LLC, and Van Nuys Fitness Center, LLC (collectively, "Defendants") as follows:

1. Judgment is entered against Defendants, jointly and severally, in the amount of $47,672.28 in actual damages;

2. Judgment is entered against Defendant ABC Financial Services, LLC in the amount of $500,000 in statutory damages; and

3. Judgment is entered against Defendants Meher, Club 360 LLC,

Valley Gym Corp., North Hollywood Fitness LLC, and Van Nuys Fitness Center, LLC, jointly and severally, in the amount of $184,400 in statutory damages.

DATED: February 3, 2026.

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE